

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-23-2010

# Dwi Iriani v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-3235

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Dwi Iriani v. Atty Gen USA" (2010). *2010 Decisions.* Paper 1841.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1841

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 08-3235
_____

DWI IRIANI; LUCAS BENJAMIN; CITRA A. PAAIS; VIDYA P. PAAIS,
Petitioners

v.

ATTORNEY GENERAL OF THE UNITED STATES,
Respondent

_____

On Petition for Review of an Order of the
Board of Immigration Appeals
(Agency Nos. A98-694-275, A98-694-276, A98-694-277, A98-694-278)

_____

**ORDER AMENDING OPINION**

It appearing that the not precedential opinion filed August 25, 2009 contained a typographical error in a citation, the mandate in the above-captioned petition for review is hereby recalled.  The not precedential opinion filed August 25, 2009 is hereby amended as follows:

On page 6, line 109 delete "See id. at 345-46.", and insert "Gomez-Zuluaga v. Att'y Gen., 527 F.3d 330, 345-46 (3d Cir. 2008)."

This amendment does not change the date of filing, August 25, 2009.  The Clerk is directed to reissue the mandate forthwith.

For the Court,


/s/ Marcia M. Waldron
Clerk


Dated: February 23, 2010